UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                             :

AP MA Funding LLC,                    :

                Plaintiff,      :
                                       :           25-CV-10305 (AS)

        -v-                    :
                                       :              ORDER
barreKnox LLC et al.,             :

                Defendants.    :

--------------------------------------------------------------------X

ARUN SUBRMANIAN, United States District Judge:

       Defendants in this action appear to be in default. Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-arun-subramanian), **within two weeks of the date of this Order**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at SubramanianNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

       Plaintiff shall electronically serve a copy of this Order on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

       The Initial Pre-Trial Conference is hereby CANCELLED.

       SO ORDERED.

Dated: March 12, 2026
      New York, New York

                                  ARUN SUBRAMANIAN
                          United States District Judge