UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AP MA FUNDING LLC,<br><br>                    Plaintiff,<br><br>-against-<br><br>BARREKNOX LLC, SARENA RHODY MONTGOMERY, AND LAWRENCE ALLEN MONTGOMERY.,<br><br>                    Defendants. | 25 CIVIL 10305 (AS)<br><br>**<u>AMENDED DEFAULT JUDGMENT</u>** |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated June 25, 2026, this action having been commenced on December 12, 2025 by the filing of the Summons and Complaint, copies of the Summons and Complaint having been personally served on Defendant barreKnox LLC, proof of service having been filed on February 4, 2026, Defendant barreKnox LLC not having answered the Complaint, and the time for answering the Complaint having expired, it is, further **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment against barreKnox LLC in the liquidated amount of $384,975.47 in damages, $13,328.40 in attorney's fees, and $1,866.79 in costs, plus post-judgment interest accruing annually from June 17, 2026, pursuant to 28 U.S.C. § 1961.

**Dated:**    New York, New York
          June 26, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

                    **BY:**

                                        _____
                                        **Deputy Clerk**