UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AP MA FUNDING LLC,

Plaintiff,

-against-

BARREKNOX LLC, SARENA RHODY MONTGOMERY, AND LAWRENCE ALLEN MONTGOMERY,

Defendants.

25-CV-10305 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In light of the amended default judgment, Dkt. 37, and plaintiff's letter to the Court on May 7, 2026, Dkt. 31, the Clerk of Court is respectfully requested to terminate the motion at ECF No. 23.

SO ORDERED.

Dated: August 24, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge