UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AP MA Funding LLC,

Plaintiff,

-against-

barreKnox LLC et al.,

Defendant.

25-CV-10305 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's June 25, 2026, Order, Plaintiff was required to submit a status report every 60 days as to the status of the bankruptcy stay against the remaining defendants. To date, Plaintiff has not filed a status report. Plaintiff is hereby ORDERED to file a status report by August 31, 2026.

SO ORDERED.

Dated: August 26, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge